NOT FOR PUBLICATION (Doc. Nos. 22, 23)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| CLAUDIA DIAZ | : | Civil No. 08-2543 (RBK/KMW) |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| CEASAR PEREIRA, CHARLES A. HARRIS, ROOS FOODS, INC., PA AUTO GROUP, INC., and PA AUTO GROUP ENTERPRISES CORP., | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon (1) the Motion for Summary Judgment by Defendants PA Auto Group Enterprises Corp. and PA Auto Group, Inc. (collectively "PA Auto"), and (2) the Motion for Summary Judgment by Defendants Charles A. Harris and Roos Foods, Inc.; and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant PA Auto's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that the motion for summary judgment filed by Defendants Charles A. Harris and Roos Foods, Inc., is **DENIED**.

Dated: 9-9-2010                                                /s/ Robert B. Kugler  
                                                                                                 ROBERT B. KUGLER  
                                                                                                 United States District Judge